JONATHAN McDONALD
Dix, Hunt & McDonald
310 Broadway
Helena, MT 59701
Phone:  (406) 442-8552
FAX:  (406) 495-1660
Email:  jmcdonald@dhmlaw.com
Attorneys for Plaintiffs

GEORGE F. DARRAGH JR.
Assistant U.S. Attorney
U.S. Attorney's Office
119 First Ave. North, #300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973
Email: george.darragh@usdoj.gov
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| LILA EVANS, BOYD EVANS, JAMIE EVANS, JAMES EVANS and CRYSTAL EVANS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 12-57-GF-SEH<br><br>STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE |
|---|---|

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Lila Evans, by and through her counsel of record, Jonathan C. McDonald, and the defendant, United States of America, by and through its counsel of record, Assistant U.S. Attorney George F. Darragh, hereby stipulate and agree to the voluntary dismissal of the above-captioned action with prejudice as fully compromised and settled on the merits, each party to bear their own attorney fees, costs and expenses incurred during this litigation.

**DATED** this 25th day of March, 2014.

                                              Dix, Hunt and McDonald

                                              <u>/s/ Jonathan C. McDonald</u>
                                              Attorneys for Plaintiff Lila Evans

**DATED** this 25th day of March, 2014.

        MICHAEL W. COTTER
        United States Attorney


        <u>/s/ George F. Darragh Jr.</u>
        Assistant U.S. Attorney
        Attorneys for Defendant

Z:\Civil\2012 Cases\2012V00174\Stip for Dismissal w prej_comp settlement_Lila Evans.docx  3